IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAROL WAY,

      Appellant,

v.

RICHARD AND CHRISTINA
HOLEMAN,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4548

_____/

Opinion filed April 6, 2017.

An appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

Carol Way, pro se, Appellant.

No appearance for Appellees.

PER CURIAM.

      AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.